brown, kenneth anderson, a private and special People called Moors and beneficiary/heir, an Emperor, an Admiral, a Master Merchant, a Shereef, a Seamen, a Piloter, a Commander, a Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, Land, Air, Water etc, a Captain Maritime lien holder navigating the high seas onshore and offshore, and subject, consul and Noble of the *Al Maroc Shereefian Empire* "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled"

**FILED IN CLERK'S OFFICE**
U.S.D.C. - Atlanta

**AUG 17 2022**

district court of the united states,
northern district of georgia

*Special Cause #: 1:22-CV-03036*

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| **brown, kenneth anderson**<br>*Moor beneficiary—in personam, sui juris*<br>**KB RA-EL EXPRESS TRUST**<br>*A special and private people called Moor and*<br>*subject, consul and Noble of the*<br>*Al Maroc Shereefian Empire*<br><br>*Claimant/Suitor/Libellant,*<br><br>-v-<br><br>*Controversy/Contravention assembled:*<br>*Custodian(s)/Fiduciary(ies)/*<br>*Liablee(s)/Defendant(s),*<br><br>blinken, antony john d/b/a<br>ANTONY JOHN BLINKEN<br>secretary of state, et al.<br>**United States**<br>HEIRS AND ASSIGNEES<br><br>yellen, janet louise d/b/a<br>JANET LOUISE YELLEN<br>secretary of treasury, et al.<br>**United States**<br>HEIRS AND ASSIGNEES<br><br>garland, merrick d/b/a<br>MERRICK GARLAND, et al.<br>attorney general, et al.<br>**United States**<br>HEIRS AND ASSIGNEES<br><br>barnhart, jo anne  d/b/a<br>JO ANNE BARNHART, et al.<br>commissioner, et al.<br>**Social Security Administration**<br>HEIRS AND ASSIGNEES | §     *the united states of america*<br>§   **Original Equal Justice Being Rendered**<br>§   **in Admiralty and Maritime Jurisdiction**<br>§<br>§   *Treaty of Marrakech 1786 (& 1836),*<br>§     *ARTICLE XXI;*<br>§   *Treaty of Tunis 1824, ARTICLE XII*<br>§<br>§   *1781 Articles of Confederation*<br>§   *ARTICLE V, VI, IX, XII and XIII*<br>§<br>§ written 1789 *constitution for united states*<br>§   *of america in congress assembled*<br>§   *ARTICLE III §2 §§1 & §§2 and*<br>§   *ARTICLE VI §1, §2 and §3*<br>§<br>§   *Judiciary Act of 1789 1 stat 73 §9, §11,*<br>§   *§16, §20, §22, §25, §26, §30, & §32*<br>§<br>§     *AMENDED:*<br>§  **Bill of Lading in Original Equal Justice**<br>§ **Being Rendered in Admiralty & Maritime**<br>§ **Jurisdiction by Nature, Law of Nations**<br>§<br>§    **Ship Manifest;** *Special Cause to*<br>§   **Proceed Ex Parte**; *In Camera Hearing*<br>§<br>§ **To:** roberts, john g. jr. d/b/a JOHN G.<br>§     ROBERTS Jr., et al., chief justice/<br>§     acting as Master/Chancellor et al.,<br>§     *Sealed & In Camera;* harris, scott s.<br>§     d/b/a SCOTT S. HARRIS et al.,<br>§     special clerk of the court, et al.; and<br>§     grimberg, steven d. d/b/a STEVEN D.<br>§     GRIMBERG, et al., judge, et al.; c/o<br>§     **district court of the united states,**<br>§     **northern district of georgia**<br>§     Richard B. Russell Federal Building<br>§     2211 United States Courthouse |

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 1 of 54*

rettig, charles paul d/b/a
**CHARLES PAUL RETTIG**
commissioner, et al.
**Internal Revenue Service**
HEIRS AND ASSIGNEES

miller, duane r. d/b/a
MAJOR GENERAL DUANE R. MILLER, et al.
provost marshal general, et al.
**United States Army**
HEIRS AND ASSIGNEES

dejoy, louis d/b/a
LOUIS DEJOY, et al.
post master general, et al.
**United States**
HEIRS AND ASSIGNEES

biden, joseph robinette (jr.) d/b/a
JOSEPH ROBINETTE BIDEN (Jr.), et al.
president, et al.
**United States**
HEIRS AND ASSIGNEES

labat, patrick d/b/a
PATRICK LABAT, et al.
sheriff, et al.
**Fulton County**
HEIRS AND ASSIGNEES

moyares, jason s. d/b/a
JASON S. MOYARES, et al.
attorney general, et al.
**Virginia**
HEIRS AND ASSIGNEES

stein, john d/b/a
JOHN STEIN, et al.
attorney general, et al.
**North Carolina**
HEIRS AND ASSIGNEES

moynihan, brian thomas d/b/a
BRIAN THOMAS MOYNIHAM
chairman and chief executive officer, et al.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

75 Ted Turner Drive, SW
Atlanta, Georgia; near [30303-3309]

**Speciali Causa (Special Cause),**
**Private, Special, Privileged,**
**Confidential—Excluding the Press**

*Special Term,* **without General,**
**without Statutes, without FRCP**

*"Where there is a conflict between*
*Maxims of Equity and the rules of the*
*common law over the same subject*
*matter, Equity shall prevail."*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 2 of 54*

**Bank of America, N.A.** §
HEIRS AND ASSIGNEES §
§
dowdy, evelyn g. d/b/a §
EVELYN G. DOWDY, et al. §
president and chief executive officer, et al. §
**Connects Federal Credit Union** §
HEIRS AND ASSIGNEES §
§
mcduffie, mary d/b/a §
MARY MCDUFFIE, et al. §
chief executive officer, et al. §
**Navy Federal Credit Union** §
HEIRS AND ASSIGNEES §
§
whitlock, edward s. iii d/b/a §
EDWARD S. WHITLOCK III, et al §
attorney and partner, et al §
**Lafayette, Ayers & Whitlock, PLC** §
HEIRS AND ASSIGNEES §
§
fischer, jennifer w. d/b/a §
JENNIFER W. FISCHER, et al §
attorney, et al §
**Lafayette, Ayers & Whitlock, PLC** §
HEIRS AND ASSIGNEES §
§
randazzo, mathew d/b/a §
MATHEW RANDAZZO, et al §
principal, et al. §
**Accuserve of VA** §
HEIRS AND ASSIGNEES §
§
rogers, william h. jr.   d/b/a §
WILLIAM H. ROGERS Jr. et al. §
chairman and chief executive officer, et al. §
**Truist Bank** §
HEIRS AND ASSIGNEES §
§
moore-wright, kimberly d/b/a §
KIMBERLY MOORE-WRIGHT, et al. §
chief teammate officer; head of enterprise diversity §
**Truist Bank** §
HEIRS AND ASSIGNEES §
§
**Bryan Lamar Brown Estate**, et al. §

*Bill of Lading in Original Equal Justice*                                    *Page 3 of 54*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

BRYAN LAMAR BROWN, et al.                    §
BRYAN LAMAR BROWN (inmate                    §
   trust # 75394083), et al.                §
                                             §
**Jamal Darius Parker Jr**, et al            §
JAMAL DARIUS PARKER JR, et al.               §
JAMAL DARIUS PARKER JR (trust                §
   case # 2200132301FH, et al.)          §
                                             §
**Vincent Anthony Duval Jr,** et al.         §
VINCENT ANTHONY DUVAL JR, et al.             §
VINCENT ANTHONY DUVAL JR (trust              §
   case # 8:03-cr-00131-SCB-M P, et al.) §
                                             §
**Mark Anthony Stepherson**, et al.          §
MARK ANTHONY STEPHERSON, et al.              §
MARK ANTHONY STEPHERSON (trust               §
   case # 1:21-00507-mhc-jkl)            §
                                             §
**Kenneth Anderson Brown Estate**, et al.    §
KENNETH ANDERSON BROWN, et al.               §
                                             §
**Joyce Yvonne Harrison Estate**, et al.     §
JOYCE YVONNE HARRISON, et al.                §
                                             §
**Joseph Anderson Brown Estate**, et al.     §
JOESEPH ANDERSON BROWN, et al.               §
                                             §
**Kevin Lamar Brown Estate**, et al.         §
KEVIN LAMAR BROWN, et al.                    §
                                             §
defrancis, steven d/b/a                      §
STEVEN DEFRANCIS, et al.                      §
chief executive officer, et al.              §
**Cortland Partners LLC, et al.**            §
HEIRS AND ASSGINEES                          §
                                             §
lackey, joel bray d/b/a                      §
JOEL BRAY LACKEY, et al.                      §
chief executive officer, et al.              §
**National Credit Systems, Inc.**            §
HEIRS AND ASSIGNEES                          §
                                             §
carr, chris  d/b/a                           §
CHRIS CARR, et al.                            §
attorney general, et al.                     §

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 4 of 54*

| | |
|---|---|
| **Georgia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| kemp, brian d/b/a | § |
| BRIAN KEMP | § |
| governor, et al. | § |
| **Georgia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| youngkin, glen d/b/a | § |
| GLEN YOUNGKIN, et al. | § |
| governor, et al. | § |
| **Virginia** | § |
| HEIRS AND ASSIGNEES | § |
| | § |
| cooper, roy d/b/a | § |
| ROY COOPER, et al. | § |
| Governor, et al. | § |
| **North Carolina** | § |
| HEIRS AND ASSIGNEES | § |

## Claimant/Suitor/Libellant

brown, kenneth anderson, *Moor beneficiary*
KB RA-EL EXPRESS TRUST
c/o 221 Jordan Drive
Woodstock, Georgia RFD
near [30188]

## Controversy/Contravention assembled:
### Custodian(s)/Fiduciary(ies)/Liablee(s)/Defendant(s)

blinken, antony john d/b/a
ANTONY JOHN BLINKEN
secretary of state, et al.
**United States**
2201 C Street NW
Washington, District of Columbia [20520]

garland, merrick d/b/a
MERRICK GARLAND, et al.
attorney general, et al.
**United States**

yellen, janet louise d/b/a
JANET LOUISE YELEN
secretary of treasury, et al.
**United States**
1500 Pennsylvania Avenue NW
Washington, District of Columbia [20220]

barnhart, jo anne d/b/a
JO ANNE BARNHART, et al.
commissioner, et al
**Social Security Administration**

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 5 of 54*

950 Pennsylvania Avenue NW
Washington, District of Columbia [20530]

rettig, charles paul d/b/a
CHARLES PAUL RETTIG
commissioner, et al.
**Internal Revenue Service**
1111 Constitution Avenue NW
Washington, District of Columbia [20224]

dejoy, louis d/b/a
LOUIS DEJOY, et al.
postmaster general, et al.
**United States**
475 L'Enfant Plaza, SW.
Washington, District of Columbia [20260]

labat, patrick d/b/a
PATRICK LABAT, et al.
sheriff, et al.
**Fulton County**
185 Central Ave. SW
Atlanta, Georgia [30303]

stein, john d/b/a
JOHN STEIN, et al.
attorney general, et al.
**North Carolina**
114 W Edenton St.
Raleigh, North Carolina [27603]

dowdy, evelyn g. d/b/a
EVELYN G. DOWDY, et al.
president and chief executive officer, et al.
**Connects Federal Credit Union**
7700 Shrader Rd.
Richmond, Virginia [23228]

whitlock, edward s. iii d/b/a
EDWARD S. WHITLOCK III, et al.
attorney and partner, et al.
**Lafayette, Ayers & Whitlock, PLC**
10160 Staples Mill Rd #105
Glen Allen, Virginia [23060]

randazzo, mathew d/b/a

6401 Security Blvd.
Woodlawn, Maryland [21235]

miller, duane r. d/b/a
MG DUANE R. MILLER, et al.
provost marshal general, et al.
**United States Army**
Pentagon Building
Washington, District of Columbia [22202]

biden, joseph robinette jr. d/b/a
JOSEPH ROBINETTE BIDEN Jr.
president, et al.
**United States**
1600 Pennsylvania Ave. NW.
Washington, District of Columbia[20530]

moyares, jason s. d/b/a
JASON S. MOYARES, et al.
attorney general, et al.
**Virginia**
202 North Ninth Street
Richmond, Virginia [23219]

moynihan, brian thomas d/b/a
BRIAN THOMAS MOYNIHAM
chief executive officer, et al.
**Bank of America, N.A.**
100 North Tryon Street
Charlotte, North Carolina [28255]

mcduffie, mary d/b/a
MARY MCDUFFIE, et al.
chief executive officer, et al.
**Navy Federal Credit Union**
820 Follin Lane
Vienna, Virginia [22180]

fischer, jennifer w. d/b/a
JENNIFER W. FISCHER, et al.
attorney, et al.
**Lafayette, Ayers & Whitlock, PLC**
10160 Staples Mill Rd #105
Glen Allen, Virginia [23060]

rogers, william h. jr.   d/b/a

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

MATTHEW RANDAZZO, et al.
principal, et al.
**Accuserve of VA**
6366 Mechanicsville Turnpike #201B
Mechanicsville, Virginia [23111]

moore-wright, kimberly d/b/a
KIMBERLY MOORE-WRIGHT, et al.
chief teammate officer, head of enterprise diversity
**Truist Bank**
214 N Tryon St
Charlotte, North Carolina [28202]

**Kenneth Anderson Brown Estate**, et al.
KENNETH ANDERSON BROWN, et al.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Joseph Anderson Brown Estate**, et al.
JOESEPH ANDERSON BROWN, et al.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

defrancis, steven d/b/a
STEVEN DEFRANCIS, et al.
chief executive officer, et al.
**Cortland Partners LLC, et al.**
3424 Peachtree Road, Suite 300
Atlanta, Georgia [30326]

carr, chris  d/b/a
CHRIS CARR, et al.
attorney general, et al.
**Georgia**
40 Capitol Square, SW
Atlanta, Georgia [30334]

youngkin, glen d/b/a
GLEN YOUNGKIN, et al.
governor, et al.
**Virginia**
P.O. Box 1475
Richmond, VA [23218]

**Jamal Darius Parker Jr, et al**
JAMAL DARIUS PARKER JR, et al.

WILLIAM H. ROGERS Jr. et al.
chairman and chief executive officer, et al.
**Truist Bank**
214 N Tryon St
Charlotte, North Carolina [28202]

**Bryan Lamar Brown Estate**, et al.
BRYAN LAMAR BROWN, et al.
BRYAN LAMAR BROWN (trust inmate
    number: 75394083), et al.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Joyce Yvonne Harrison Estate**, et al.
JOYCE YVONNE HARRISON, et al.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Kevin Lamar Brown Estate**, et al.
KEVIN LAMAR BROWN, et al.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

lackey, joel bray d/b/a
JOEL BRAY LACKEY, et al.
chief executive officer, et al.
**National Credit Systems, Inc.**
1775 The Exchange Se Suite 300
Atlanta, Georgia [30339]

kemp, brian d/b/a
BRIAN KEMP
governor, et al.
**Georgia**
206 Washington Street; 111 State Capitol
Atlanta, GA [30334]

cooper, roy d/b/a
ROY COOPER, et al.
governor, et al.
**North Carolina**
20301 Mail Service Center
Raleigh, NC [27699]

**Vincent Anthony Duval Jr Estate,** et al.
VINCENT ANTHONY DUVAL JR, et al.

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 7 of 54*

JAMAL DARIUS PARKER JR (trust
 case # 2200132301FH, et al.)
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

VINCENT ANTHONY DUVAL JR, trust
 case # 8:03-cr-00131-SCB-M P, et al.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Mark Anthony Stepherson**, et al.
MARK ANTHONY STEPHERSON, et al.
MARK ANTHONY STEPHERSON trust
 case # 1:21-00507-mhc-jkl
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

**Torrey Brown Estate**, et al.
TORREY BROWN, et al.
 TORREY BROWN trust
 inmate # 291581, et al.
c/o 221 Jordan Drive
Woodstock, Georgia [30188]

=================================================================

### *AMENDED:*
## Bill of Lading in Original Equal Justice Being Rendered in Admiralty and Maritime Jurisdiction by Nature, Law of Nations

#### Parties

The "Claimant," "Your orator," "Suitor," "Libellant," and "Peaceful Protestor," brown, kenneth anderson, is a private and special People called Moor americas aboriginal virginian national, free inhabitant and beneficiary, an Emperor, an Admiral; a Master Merchant; a Shereef; a Piloter; a Seaman; a Mariner and Commander, Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities navigating waters onshore and offshore all matters dealing with Land, Water, and Air; an Captain Maritime lien holder navigating the high seas onshore and offshore and subject, consul and Noble of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled,"* ingress in georgia.

The Defendant(s) KENNETH ANDERSON BROWN et al, a registered organization name with the department of state of the united states of america, is a decedent's legal estate ("Estate") whose principal office is located at 2201 C Street NW, Washington, District of Columbia in care of blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state et al, HEIRS AND ASSIGNEES, united states, who has duly been appointed privately as trustee in addition to being a *"People bound by oath to be Persons worthy of Trust"* for the the benefit of brown, kenneth anderson—Moor, grantee/beneficiary/heir of consular report of birth abroad, et al., vessel:

*Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime
Jurisdiction by Nature, Law of Nations*

*Page 8 of 54*

"KENNETH ABDERSON BROWN," et al., united states of america, et al., department of state, et al., serial #0447898, et al.

## Premises

Your orator's core private rights were MISTAKENLY sacrificed by his mother and father at his birth without him being fully availed and acknowledged of his exclusive equitable maritime defenses. Your orator has tendered all consideration and been imputed a serious liability for the indemnity or satisfaction of all debts of the said department of state of the united states of america, et al., (subsidiaries and contractors) registered organization decedent's legal estate person. Your orator has been subjected to a colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" which are in contravention with Your orator's private maritime treaty protections of the *1786 (& 1836) Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X*, as well as the written *1789 constitution for the united states of america*, under the rules of Chancery due and owing to the Clamant by way of his *special and particular political status*, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive heir and beneficiary, by maxims of equity: "*only God can create an heir*," and "*the heir and his ancestor are one and the same person.*"

Your orator appears in *personam only for assaults and beatings on the High Seas and everywhere else*, without an administrator, guardian, personal representative, an executor, or a trustee to defend his equitable maritime rights, titles, and interests in the same estate and must guard his good name, against the destruction of his reputation, and his admiralty and maritime rights to equal Justice being rendered on his behalf, which are protected by his privity as an beneficiary/heir to the maritime treaties as a subject, consul and Noble of the Al Maroc Shereefian Empire and the written constitution, intended for him, by its makers as an equitable maritime mortgage/compact. Accordingly, Your Servitude would expect no less privity as co-heir to such mortgage/compact. Your orator calls for a Court of Equal justice being rendered in original admiralty and maritime jurisdiction by nature law of nations into activity by good conscience, good reason and by his own reasonable diligence. Your orator is in *personam sui juris*, now having knowledge of his maritime Treaty rights, with opportunity to assert them, he does not delay unreasonably so to do.

*"Equity aid the the vigilant, not those who slumber on their rights"*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 9 of 54*

*"Equity imputes an intent to fulfill an obligation."*

Custodian(s)/Fiduciary(ies)/Defendant(s)/Libelee(s) was and or is appointed "in fact" by oath/affirmation and or qualified as either implied administrators or constructive or expressed fiduciaries and at once entered upon the discharge of their duties as *"People bound by oath to be Persons worthy of Trust"* who are obligated to carry out their duties as faithful servants and Your Orator further hereby now *Transfers on Special Deposit,* valuable and sufficient consideration according to **1796 Treaty of Tripoli,** *ARTICLE X,* for the purpose of fiduciary appointment of Custodian(s)/Fiduciary(ies)/Defendant(s)/Libelee(s), as well as now, fully granting, conveying, and delivering legal title to be in the form of a Deed of Conveyance to each Fiduciary(ies)/ Defendant(s)/Libelee(s) to be held in private by said Fiduciary(ies)/Defendant(s)/ Libelee(s) for the private enjoyment, use, possession, and benefit of the claimant. Each Fiduciary(ies)/Defendant(s)/ Libelee(s) is hereby noticed of the claimant's, manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance and accepts Fiduciary(ies)/Defendant(s)/Libelee(s) constitutional oath to perform lawfully and as privately appointed Trustee(s), with equity, in good faith, with clean hands, and without fraudulent concealment, to ensure that equal Justice be rendered. Your orator further shows unto Your servitude as faithful servant he calls upon each Defendant(s)/Libelee(s) to either Affirm or Deny their trust relation with him; to render a specific performance by due particularity; to provide Your orator with a full accounting of all "**accounts**" whether Open, Stated or Settled; to provide Your orator a list of real, personal, and equitable maritime assets; to provide Your orator with a list of all debts due to Your orator's estate during such time as he was deprived as an incident to the right of redemption; to release any and all collateral, and return all remaining trust *res* by *reconversion* of said accounts to Your orator; as a people called Moor *heir/beneficiary,* an Emperor, an Admiral, a Master Merchant, a Shereef, a Piloter, a Seaman, a Commander, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities navigating waters onshore and offshore all matters dealing with Land, Water, and Air, an Captain Maritime lien holder navigating the high seas onshore and offshore and subject, consul and Noble of the *Al Maroc Shereefian Empire*, and to extinguish all local tax, obligation, reprisal, remuneration, indemnification, or debts of said estate, if any. May it be through your faithful servitude as a good and faithful servant, the said Defendant(s)/ Libelee(s) have previously failed or is to answer and or or make defense to the trust;

*Bill of Lading in Original Equal Justice*                                    *Page 10 of 54*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

after he had given reasonable time so to do and with no delay; render to Your orator, under oath, and make discovery any statement of account(s) of their actings and doings as administrator(s) or fiduciary(ies) concerning Your orator beneficiary interests as grantee/beneficiary/heir of aforesaid trust(s)/account(s)—beneficiary/heir rights have been destroyed in the past . Your orator demand that the Defendant(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator demands an order taking his bill for confession, the failure of the Defendant(s)/ Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

> *"No delay will prejudice a defrauded party as long as he was ignorant*
> *of the fraud; and, especially, if the defendant concealed the facts which*
> *it was his duty to disclose, or deceived the complainant by*
> *misstatements, or otherwise lulled his suspicions. The sleep of the*
> *complainant cannot be used as a defense by him who caused that sleep,*
> *for that would be to take advantage of his own wrong." (Henry R.*
> *Gibson §70 Latches)*

May it be through Your faithful servitude as a good and faithful servant, that the said Defendant(s)/Libelee(s) and any other persons who may be confederating together at present and unto Your orator unknown, whose names, when discovered, may be herein inserted, and they be made parties respondent hereto, for contriving to harm and oppress Your orator in the admiralty and maritime premises. All of which actings and doings, neglects and pretenses, and other conduct on the part of said Defendant(s)/Libelee(s) are contrary to equity admiralty and maritime by nature law of nations and good conscience, and tend to manifest wrong, injury and oppression of Your orator in the premises.

### Statement of Jurisdiction

This is a suit in original equal justice being rendered in the original equity admiralty and maritime jurisdiction by nature law of nations arising within the *1786 (& 1836) Treaty of Marrakech, ARTICLE XXI; 1781 Articles of Confederation Article VI, IX, XXII, XXIII; written*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 11 of 54*

*1789 constitution of the united states of america in congress assembled, Article III., §2, §§1 & §§2 and ARTICLE VI; 1824 Treaty of Tunis, Article XII.; and the Judicature Act of 1789 1 stat 73 §9, §11, §16, §20, §22, §25, §26, §30, and §32.* The rights Your orator are entitled to as a private Moor americas aboriginal virginian national, an Emperor, an Admiral, a Master Merchant, a Shereef, a Seamen, a Piloter, a Commander, a Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities, Land, Air, Water etc, a Captain Maritime lien holder navigating the high seas onshore and offshore, and subject, consul and Noble of the *Al Maroc Shereefian Empire* are of those classes which said maritime treaties, constitution and act, either confers or has taken under their protection, without such obligation Your orator's rights are in jeopardy of being destroyed and slandered beyond repair where no adequate remedy for their enforcement is provided by the forms of letters of Marque/Reprisal proceedings of a purely colorable quasi-in rem admiralty and maritime legal nature. The same necessity invokes and justifies in cases to which its remedies can be applied, that jurisdiction in equity vested by said maritime treaties, constitution, and act cannot be affected by the legislation of the emergency provisional congress by a committee of the states, the states, nor any agencies subject, consul to the law of the district of columbia. This court has jurisdiction and the Claimant/Suitor/Libellant does hereby grant all in personam and subject matter jurisdiction to this court, under the original equal justice being rendered in the admiralty and maritime jurisdiction by nature law of nations and this court also has original and exclusive jurisdiction when it comes to matters ***dealing with two or more states to all Cases affecting Ambassadors, other public ministers and Consuls;- to all Cases of admiralty and maritime Jurisdiction;-to Controversies to which the United States shall be a Party*** conferred by *1786 (& 1836) Treaty of Marrakech, ARTICLE XXI; written 1789 constitution of the united states of america in congress assembled, Article III., §2, §§1 & §§2 and ARTICLE VI; 1824 Treaty of Tunis, Article XII.; and the Judicature Act of 1789 1 stat 73 §7, §9, §11, §16, §20, §22, §25, §26, §30, and §32* to the exclusion of all other quasi-in rem colorable admiralty and maritime modes and letters of marque/reprisal **"Acts of War"** proceedings, to adjudge this matter. In tender of sufficient consideration whereof, and forasmuch as Your orator is remediless in the premises at and by the direct and rules of the common law, and cannot have adequate relief as in a Court of Equity admiralty and maritime by nature, where equal Justice can be rendered and where matters of this and a similar nature are properly cognizable and

*Bill of Lading in Original Equal Justice
Being Rendered in Admiralty and Maritime
Jurisdiction by Nature, Law of Nations*

*Page 12 of 54*

restorable. *Citing Chancellor Henry R. Gibson, I convey to this cause the basis of the inherent exclusive equitable jurisdiction that your Honor shall dispense.*

### Statement of the Cause

The primary subject, consul matter at issue in Your orator's speciali causa (special cause) as a private Moor, americas aboriginal virginian national, and subject, consul and Noble of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled," Your orator's core private rights (privatum) have been and will continue to be destroyed by people bound by oath to be Persons worthy of Trust, who have, by presumptions and a form of paper genocide, attempted to denationalize or naturalize and confederate against Claimant in a very *unbecoming*, hostile and belligerent manner by imposing statutes codes, ordinances and other colorable instrumentalities and titles, by listing me as a human, a negro, black, white, colored, a person, (the word "person," as defined by the Code of the District of Columbia, shall apply to partnerships and corporations), a person of color, ethnic, indigenous, an Indian, a native American, African, African-American, a Latino, a Hispanic, Moorish, a Moorish American, associated with any Moorish Science Temple of America (MSTA), or Moorish Nation, a Black Identity Extremist, a sovereign-citizen, a national of a designated enemy country, a resident of any of the united states for the district of columbia, resident of any of the united states of america in congress assembled, relegating Claimant/Your orator/Suitor/Libellant/Peaceful Protestor to being legally incapacitated, and as a perpetual minor, if not "dead" in the law captured, condemned vessel lost at sea, reduced to a political and economic status without rights, left with only benefits and privileges, incapable of taking up my own maritime rights and handling my own affairs as was intended by my ancestors. Nowhere in the constitution, maritime treaties or laws of the united states of america in congress assembled, nor the Code of the District of Columbia are any People bound by oath to be Persons worthy of Trust, subject to the public faith, granted the authority through acts of war through assault and beatings on the High Seas to change Claimant/Your orator/Suitor/Libellant/Peaceful Protestor from being a special and private People called Moor and subject, consul and Noble of the Al Maroc Shereefian Empire without his consent, volition, act and deed. It is not only not true in law or in fact, in principle or in practice, that any People bound by oath to be Persons worthy of Trust, or instrumentality created by the Trust of the People, such as the treaties or the constitutions shall confer upon the private

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 13 of 54*

people called Moors any colorable quasi in rem admiralty and maritime titles or reduced political and economic status without maritime rights by nature. Said Fiduciary(ies)/Defendant(s)/Libelee(s) have subjected the Claimant/Your orator/Suitor/Libellant/Peaceful Protestor to such treatment by statutes, codes, ordinance, prohibitions, rules, regulations and other colorable admiralty and maritime instrumentalities to alter his special and particular political status. Libellant(s) core private maritime rights have been and will continue to be destroyed in libel beyond repair by presumptions as a form of paper genocide. It has been in fact expressed by maritime treaty and the general laws and acts of congress of many of the several states since as early as 1845 that a private Moor is excepted from said statutes, codes, ordinance, prohibitions. I contend that it would be contrary to Equity in the original admiralty and maritime jurisdiction by nature law of nations, good conscience and good reason and the various maritime/mercantile treaties of the Al Maroc Shereefian Empire and is repugnant to the constitution, maritime treaties and laws of the united states of america in congress assembled to mistakenly sacrifice my right to self-determination as a private People called Moor, americas aboriginal virginian national, an Emperor, an Admiral, a Master Merchant, a Shereef, a Seamen, a Piloter, a Commander, a Captain, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air and Water, etc., an Captain Maritime lien holder navigating the high seas onshore and offshore, and subject, consul and Noble of the Al Maroc Shereefian Empire, my name, my family ties, my hereditary culture, and my inheritance. I am a people called Moor.

*"Equity aids the vigilant, not those who slumber on their rights."*

*FIFTY-SIXTH CONGRESS. Sess. II . CHS. 854 1901.*

*LAWS REMAINING IN FORCE.*

*SECTION 1. The common law, all British statutes in force in Maryland on the twenty-seventh day of February, eighteen hundred and one, **the principles of equity and admiralty, all general acts of Congress** not locally inapplicable in the District of Columbia, and all acts of Congress by their terms applicable to the District of Columbia and to other places under the jurisdiction of the United States, in force at the date of the passage of this act shall remain in force except in so far as the same are inconsistent with, or are replaced by, some provision of this code .*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 14 of 54*

### Statement of the Cause

The primary subject matter at issue in Your orator's speciali causa (special cause) as a private People called Moor americas aboriginal virginian national an Emperor, an Admiral, a Master Merchant, a Shereef, a Seamen, a Piloter, a Commander, a Captain, Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air and Water, etc., an Captain Maritime lien holder navigating the high seas onshore and offshore, and subject, consul and Noble of the *Al Maroc Shereefian Empire,* "*but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled,*" Your orator's special and particular status is uncontroverted. It "cannot" be altered by any of the several states and its navigation of waters and ships, *the united states for the district of columbia its waters, vessels or ships,* or *the united states of america in congress assembled* maritime contracts or statutes, waters, vessels and ships, be it expressed or implied, public or private; and therefore, my special and particular status as a private Moor subject "cannot" been reduced to an inferior grade of volunteer surety "U.S. citizenship" status by any man, state, or colorable quasi-in rem admiralty and maritime instrumentality. Your orator's substantive core private equitable maritime rights to *"substantive due process of war"* and equal Justice being rendered in the original jurisdiction of admiralty and maritime by nature law of nations cannot be seen by a court of colorable admiralty and maritime letters of Marque/Reprisal "**Act of War** "proceeding under any mode other than the exclusive original jurisdiction of admiralty and maritime by nature law of nations, as are all at law courts today whether state or federal, as a result of section 17 of the Trading with the Enemy Act of October 6, 1917, which was made applicable to "persons within the United States," by way of said Emergency Banking Relief Act of 1933 without violation thereof; which in such case Your orator is by legal compulsion, subjected to the laws of the *united states of america in congress assembled* or *the united states for the district of columbia* which are inconsistent and repugnant to our reciprocal maritime treaties and therefore Your orator  cannot be "commingled" with any public U.S. citizens or nationals/allies of a designated enemy country as defined in and subject to your Emergency Banking Relief Act of March 9, 1933. Due to said exigent circumstances Your orator is without adequate, complete, and certain remedy at law admiralty and maritime by characteristic, sufficient to meet all the demands of Justice owed and due to me by virtue of my private status as an *"ipso jure"* Moor subject, consul and Noble of the *Al Maroc Shereefian Empire.* Your orator requires that this court and its People

*Bill of Lading in Original Equal Justice*　　　　　　　　　　*Page 15 of 54*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

bound by oath to be Persons Worthy of Trust issue a private declaratory decree acknowledging that Your orator is, "in fact," a private People called Moor, americas aboriginal virginian national, an Emperor, an Admiral, a Master Merchant, a Shereef, a Seamen, a Piloter, a Commander, a Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., an Captain Maritime lien holder navigating the high seas onshore and offshore, and subject, consul and Noble of the *Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a citizen of the united states of america in congress assembled,"* and that he shall be treated as friendly, amicus curiae, and respected and esteemed as that of the **most favored Nation**.

> *"Equity aids the vigilant, not those who slumber on their rights,"*
>
> **The Judiciary Act; September 24, 1789**

SEC. 9. And be it further enacted, That the district courts shall have, exclusively of the courts of the several States, cognizance of all crimes and offences that shall be cognizable under the authority of the United States, committed within their respective districts, or upon the high seas; where no other punishment than whipping, not exceeding thirty stripes, a fine not exceeding one hundred dollars, or a term of imprisonment not exceeding six months, is to be inflicted; *and shall also have exclusive original cognizance of all civil causes of admiralty and maritime jurisdiction, including all seizures under laws of impost, navigation or trade of the United States, where the seizures are made, on waters which are navigable from the sea by vessels of ten or more tons burthen, within their respective districts as well as upon the high seas; saving to suitors, in all cases,* the right of a common law remedy, where the common law is competent to give it; *and shall also have exclusive original cognizance of all seizures on land, or other waters than as aforesaid, made, and of all suits for penalties and forfeitures incurred, under the laws of the United States. And shall also have cognizance, concurrent with the courts of the several States, or the circuit courts, as the case may be, of all causes* where an alien sues for a tort only in violation of the law of nations or a treaty of the United States. And shall also have cognizance, concurrent as last mentioned, of all suits at common law where the United States sue, and the matter in dispute amounts,

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 16 of 54*

exclusive of costs, to the sum or value of one hundred dollars. And shall also have jurisdiction exclusively of the courts of the several States, of all suits against consuls or vice-consuls, except for offences above the description aforesaid. And the trial of issues in fact, in the district courts, in all causes except civil causes of admiralty and maritime jurisdiction, shall be by jury.

### *"Equity Imputes an intent to fulfill an obligation"*

### Statement of Cause

Your orator's special cause concerning Fiduciary(ies)/Defendant(s)/Libelee(s) is for the termination of any guardian/ward condemned vessel relation; making any presumed administration of my estate absolute void; have decedent's legal estate restored to Your orator as the sole exclusive heir and beneficiary of said decedent's legal estate person; and I demand restoration and exoneration from of all liabilities of the defendant Kenneth Anderson Brown a registered organization name trust vessel in Washington, District of Columbia, a decedent's legal estate ("Estate"). The decedent's legal estate is a derivative of the sacred trust vessel that was granted to Your orator by his mother and father as grantor(s). It was intended for me as grantee absolute and sole beneficiary of the body main vessel, ship, the name, and the sum of all their attachments, including, but not limited to, all interest, lands, assets, rents, credits emitted, monies borrowed, leases, derivatives, profits, proceeds, reserves, stores, and titles thereof for his private enjoyment, use, possession, and benefit. Your orator has acknowledged and accepted all that my ancestors had intended for me. Your orator's equitable maritime claims are uncontroverted. Your orator is beneficial owner and Captain of the Estate (vessel), and all property attachments including but not limited to: lands, houses, goods and chattels, rights and credits, his person, his wives (to be) and children offspring (to be), and right to: work and to sell and acquire property, engage in any lawful business, his and their reputation, health and capacity to labor, his and their right to enjoy the senses of sight, smell, hearing and taste, his and their right of speech and locomotion, and his and their right to enjoy their sense of moral propriety when normal, to live by his labor and property, and cannot be presumed to have parted with even any one of them without receiving or expecting an equivalent in value. Hence, whenever one person has obtained either the labor or property of Your orator, he should pay or account therefore, unless he can prove it was a gift by Your orator; Your orator is interested in the settlement, and has been aggrieved by errors, omissions and false credits therein; and that a just and equitable maritime settlement will benefit

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 17 of 54*

him. Your orator's substantive maritime equitable rights to own property and to **"substantive due process of war"** and equal Justice being rendered in admiralty and maritime by nature jurisdiction are not cognizable at law quasi in rem admiralty and maritime by characteristic, much less at martial **"Non-Substantive due process of War"** and rely exclusively on the recognition and enforcement of purely equitable maritime rights by nature.

Your orator states that due to said exigent circumstances he is without adequate, complete, and certain remedy at law colorable admiralty and maritime jurisdictions, sufficient to meet all the demands of Justice, owed and due to him, by virtue of his private status as a special and private people called Moor and subject, consul and Noble of the *Al Maroc Shereefian Empire*, and that without complete justice being administered by this High court, Your orator may be subjected to further unjust and irreparable harm and destruction of his maritime treaty protected rights and property by Libelee(s) in libel beyond repair.

## *"Equity abhors a forfeiture"*

### Statement of Cause

The primary subject matter issue of the claimant's speciali causa (special cause) in regards to Fiduciary(ies)/Defendant(s)/Libelee(s) is for the full restoration against all liability of the Estate as the surety or secondarily liable imposed upon him in all legal colorable admiralty and maritime proceedings in a general military character, and in a particular "State" **acts of war** letters of Marque Reprisal legal proceeding styled as "IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISCTRICT OF GEORGIA." Which are "In Fact" legal fictions and has no **"Substantive due process of war"** and demonstrably erroneous an **"oxymoron" and "unmoored."** Your orator draws into question the validity of any forms, proceedings and modes purely legal for acquiring jurisdiction, that are martial in character. A conflict arises under the interpretation of works, doctrines, ideas, principles of, or any authority exercised, inconsistent with and repugnant to any maritime treaties made or that shall be made by the *united states in congress assembled*, or the powers granted to the Committee of States, in the *Articles of Confederation*, while in the recess of congress, a conflict and variance arises. *"Where there is a conflict between the Maxims of Equity and the rules of the common law over the same subject matter, Equity shall prevail."* Your orator's core private rights are not cognizable at law, or the colorable quasi in rem admiralty and maritime legal legislative letters of marque/reprisal proceedings in the courts of the

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 18 of 54*

several states; nor the modern merged reformed legal system, in which only the procedural distinctions between the courts of law and equity were merged, albeit, the jurisdictions are wholly unaffected and my private **"substantive due process of war rights"** are in direct inherent conflict with the concurrent jurisdiction created by the *Judicature Act of 1873*. Furthermore, my conflict with the reformed procedure is that the intent and purpose of the ancient separation into an exclusive equal justice being rendered in admiralty and maritime jurisdiction by nature law of nations is no longer furnished and is in direct conflict with the reformed procedure. the claimant's core private natural maritime rights are in jeopardy of being destroyed by Libelee(s) in libel; are of those classes, which the maritime treaties either confer or are taken under its protection, and no adequate remedy for their enforcement is provided by the forms, proceedings, and modes purely legal.

The claimant is without speedy, nor adequate and complete remedy at law colorable admiralty and therefore there arises a conflict of the rule of law over the same subject matter, the registered organization name Kenneth Anderson Brown trust vessel, in relation to the claimant/, as a **"ipso jure"** Moor subject, consul and Noble. It is **only under legal compulsion** that the claimant/suitor/libellant is subjected to any jurisdiction other than the exclusive equity in the admiralty and maritime jurisdiction by nature law of nations. vested by the *1781 Articles of Confederation, ARTICLE XII; 1786 (& 1836) Treaty of Marrakech, ARTICLE XXI; 1789 constitution for the united states of america in congress assembled, ARTICLE III §2 §§1 &§§2, and ARTICLE VI. §1, §2 and §3; the Judiciary Act of 1789 1 stat 73 §9 and §11; and the 1824 Treaty of Tunis ARTICLE XII* and cannot be affected by the emergency enactments of legislation due to the said conflict, the inherent law, equitable maritime principles and doctrines such as matters of subrogation, substitution, and exoneration and other equitable maritime defenses from said colorable admiralty letters of marque proceeding legal in nature, in the courts of several states.

**Franco-Al Maroc Shereefian Empire Protectorate Treaty, Signed at Fez March 30, 1912**

> *This Provision probably has in view the carrying out of that part of Article 60 of the Algeciras act which stipulates that " before authorizing the execution of deeds transferring property the Cadi will have to satisfy himself of the validity of the Title in conformity to the Mohammedan Law " The department is, however, advised that the records of land titles in Al*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 19 of 54*

*Maroc are very incomplete, and that this provision of the regulations may*
*be used to delay indefinitely transfers of property in which the Moorish*
*Government has in "Fact" no legal or equitable rights.*

*"He who comes into equity must come with clean hands"*

## Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration and remedy from the burden caused by (i) trespass upon Your orator's inherent natural rights to equal Justice being rendered towards him in admiralty/maritime by nature concerning any dispute, (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant/suitor/libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said united states for the   district of columbia colorable **"non-substantive due process of war"** quasi in rem admiralty and maritime military legal letters of marque/reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his special and private status as a people called Moor and subject, consul and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate(s), and that without complete justice being administered this Court, Your orator may be subject to unjust and irreparable harm and destruction in contravention and libel of his maritime treaty protected rights and property.

*"One who seeks equity must do equity"*

## Statement of Cause

The primary subject matter issue of the Claimant's speciali causa (special cause) in regards to Fiduciary(ies)/Defendant(s)/Libelee(s) is for the complete restoration against the destruction of

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 20 of 54*

rights in libel born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable maritime treatment, excluding any form of casuistry. Your orator, while a minor, became entitled to a large estate that has all be administered and sustained, in open, stated, or settled accounts where by reason of some mistake, or omission, or accident, or undue advantage, the account is vitiated, and the balance incorrectly fixed; where by reason of some fiduciary relation of trust or confidence between the Fiduciary(ies)/Defendant(s)/ Libelee(s) and the Claimant/Suitor/Libellant, where the claimant was at a disadvantage, and as a consequence the account is inequitable. The claimant equitable maritime cause is a complex accounting, and he is without full facts of the maritime assets of the trust and relies exclusively on the mode of compelling the Fiduciary(ies)/Defendant(s)/Libelee(s) to make disclosure and therefore a discovery by suit in equity and admiralty by nature is indispensable. The Claimant/Suitor/Libellant has business dealings, involving many items, in consequence of relations of trust, or confidence, Fiduciary(ies)/Defendant(s)/Libelee(s) have handled the estate of the claimant; or done business for him. The Claimant is the beneficial party entitled to a settlement and demand a bill for an accounting for the funds or other property in which the Claimant/Suitor/Libellant has an interest, and to pay over whatever may be due or belong to him.

*"A good and faithful servant shall make a full accounting*
*to the owner, of the talents he was granted"*

The Claimant/Suitor/Libellant through his inherent power of appointment, has appointed most and now appoints all Fiduciary(ies)/Defendant(s)/Libelee(s) by transfer on special deposit, valuable and sufficient consideration (*1796 Treaty of Tripoli, ARTICLE X*), for the fiduciary appointment, as well as, fully granting, conveying, and delivering legal title to be in the form of a Deed of Conveyance to each Fiduciary(ies)/Defendant(s)/Libelee(s) to be held in private by said Fiduciary(ies)/Defendant(s)/ Libelee(s) for the private enjoyment, use, possession, and benefit of the claimant for the private enjoyment, use, possession, and benefit of the claimant. It is Claimant's manifest intent, purpose, to execute actual and constructive grant and conveyance on the special deposit the trust res to demand for specific performance, **by** due particularity, to produce a full accounting, list of all real, personal, and equitable maritime assets or other property in which the claimant has an interest; to pay over whatever may be due or belong to him, or the balance due

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 21 of 54*

claimant on a fair accounting; release any and all collateral and return all remaining trust *res*, concerning said debts due to my estate; and release any and all collateral, and return all remaining trust *res*, by *reconversion*. Your orator, as the beneficial party entitled, in consequence of such relations various sums of money or other property of the Claimant went, or should have gone, into the possession, or under the control, of the Fiduciary(ies)/Defendant(s)/Libelee(s) giving items, dates, values, and circumstances. The Fiduciary(ies)/Defendant(s)/Libelee(s) who has been privately appointed has neither Affirmed or Denied the fiduciary relation, or rendered an account of such money and property and the profits thereof and Your orator now requires for an account to be taken by the Clerk and Master and for a decree for the amount found due. If the Fiduciary(ies)/Defendant(s)/Libelee(s) has any sureties bound for his good conduct, they should be made Fiduciary(ies)/Defendant(s)/Libelee(s), and their suretyship alleged in the body of the bill be equitably maritime/admiralty attached under terms and conditions of the various treaties between the Al Maroc Shereefian Empire and united states of america in congress assembled..

"<em>One who seeks equity must do equity</em>"

### Statement of Cause

The primary subject matter issue of the Claimant's *speciali causa* (special cause) is for the full restoration against the destruction of rights born of special private fiduciary trust relations between the parties, either express, resulting, constructive, or executory, including treaties, upon which he has relied for fair dealing, good faith, accurate, complete, and equitable treatment, excluding any form of casuistry. harrison, joyce yvonne (Claimant's deceased mother); brown, joseph anderson (Claimant's deceased father); brown, kevin lamar (Claimant's deceased brother); *who as infants,* core private rights were MISTAKENLY sacrificed by their mother and father at birth, without being fully availed and acknowledged of equitable defenses. harrison, joyce yvonne, brown, joseph anderson and brown, kevin lamar as "implied" maritime surety(ies), have been imputed a serious liability for the indemnity or satisfaction of the debts of the State of Virginia registered organizations, JOYCE YVONNE HARRISON et al., JOESPH ANDERSON BROWN et al., and KEVIN LAMAR BROWN et al., decedents' legal estate person(s) for harrison, joyce yvonne, brown, joseph anderson and brown, kevin lamar *Moor grantee(s), cestui que heirs* have been subjected to a Legal mode of Reprisal Proceedings through colorable admiralty and

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 22 of 54*

maritime jurisdiction without the private treaty protections of the *1786 (& 1836) Treaty of Marrakech, ARTICLE XXI;* the *1795 Treaty of Algiers, ARTICLE XV, 1797 Treaty of Tunis, ARTICLE XVIII,* and the *1824 Treaty of Tunis, ARTICLE XII,* as well as, the *1789 constitution for the united states of america,* under the rules of Chancery within Admiralty and Maritime Jurisdiction (by nature) law of nations which they were entitled to, by way of their **special and particular political status** as a Moor/Mooress and *subjects and Nobles of the Al Maroc Shereefian Empire* and Your orator's equitable rights to the same said Estates as the sole exclusive heir and beneficiary, by maxims: *"only God can create an heir," "the heir and his ancestor are one and the same person,"* and *"Equity regards the beneficiary as the true owner."*

I walk in the shoes of my ancestors, and as heir and beneficiary. I am maternal son and sole heir of harrison, joyce yvonne, beneficiary of the registered organization names JOYCE YVONNE HARRISON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN). I redeem her estate as heir and have a just right to claim her *(propria vigore)* on my own authority, she is mine. She begotten me through promise. She was/is a child of the **Most-High.**

I walk in the shoes of my ancestors, and as heir and beneficiary. I am paternal son and sole heir, for brown, joseph anderson beneficiary of the registered organization names JOSEPH ANDERSON BROWN et al. I redeem his estate as heir and have a just right to claim his *(propria vigore)* on my own authority, he is mine. He manifested me through promise. He was/is a child of the **Most-High.**

I walk in the shoes of my ancestors, and as heir and beneficiary. I am biological brother and sole heir, for brown, kevin lamar beneficiary of the registered organization names KEVIN LAMAR BROWN et al. I redeem his estate as heir and have a just right to claim his *(propria vigore)* on my own authority, he is mine. He was/is a child of the **Most-High.**

This bill is filed for Your orator's benefit and benefit of all my known/unknown *beneficiaries/heirs* that have an interest under the decree. I am clothed with proprietary rights over mooress: harrison, joyce yvonne registered organization names JOYCE YVONNE HARRISON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN); moor: brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN et al; and moor: brown, kevin lamar registered organization name

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 23 of 54*

KEVIN LAMAR BROWN et al.

*I DECLARE, I* am *Moor, Americas virginian national, subject, consul and Noble of the Al Maroc Shereefian Empire, and heir to said estates* for good reason, the government of the place shall have nothing to do therewith, said estate. To withhold or Condemn me from my vessels/inheritance/heirship is in conflict and in contravention of life liberty, property and the pursuit of happiness which are basic ethereal principles. (Gal 4) (1797 Treaty of Tunis, ARTICLE IXX)

### 1786 (& 1836) Treaty of Merrakech

*ARTICLE 22.* If an American citizen shall die in our country, and no will shall appear, the Consul shall take possession of his effects; and if there shall be no Consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall/appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear the property shall descend agreeably to that will, as soon as the Consul shall declare the validity thereof.

### *If anyone DENIES, I DEMAND they:*

- **"SHOW GOOD CAUSE"** why I "do not" hold superior equitable maritime or legal title to mooress decedent's estate harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN); moor decedent's estate: brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN et al.; and moor decedent's estate: brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., and that it is "not" sacred trusts;

- **"SHOW GOOD CAUSE"** why any presumed administration of harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN); brown, joseph anderson registered organization name JOSEPH

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 24 of 54*

ANDERSON BROWN et al.; and brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., estates are "not" absolute void, and as *Moor grantee/grantor/beneficiary/ heir*, I am "not" entitled, by due particularity, a full accounting list of real, personal, and equitable assets and debts due to the estates.

- **"SHOW GOOD CAUSE"** why I "cannot" have harrison, joyce yvonne, *beneficiary* of the registered organization names JOYCE YVONNE HARRIRSON et al. (also known as JOYCE YVONNE BROWN and JOY YVONNE BROWN); brown, joseph anderson registered organization name JOSEPH ANDERSON BROWN, et al.; and brown, kevin lamar registered organization name KEVIN LAMAR BROWN et al., estates be restored to me as heir, and why I "cannot" recover the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as I was deprived thereof, with lawful interest.

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 25 of 54*

virtue of his private status as a people called Moor, subject, consul and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have already been destroyed in contravention in the past and present by *"People who are bound by oath to be Persons Worthy of Trust"* as following: rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., chairman and chief executive officer et al., HEIRS AND ASSIGNEES, Truist Bank; moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT et al., chief teammate officer and head of enterprise diversity et al., HEIRS AND ASSIGNEES, Truist Bank; and rettig, charles paul d/b/a CHARLES PAUL RETTIG, commissioner, et al, HEIRS AND ASSIGNEES, Internal Revenue Service. Parties are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by using colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal proceedings **"Act of War"** which re in contravention with Your orator's private maritime treaty protections of the *1786 (& 1836) Treaty of Marrakech, ARTICLE XXI; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X,* as well as the written *1789 constitution for the united states of america,* under the rules of Chancery due and owing to the Clamant by way of his *special and particular political status*, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive heir and beneficiary. Internal Revenue Code(s), titled: "irs withholding compliance program," is contrary to Equity, good conscience and good reason and letter of Marque/Reprisal by withholding labor derived income of Moor grantee/beneficiary vessel(s): Kenneth Anderson Brown, et al., by accessing a U.S. (Tax) Code where a Moor is not to be taxed pursuant to *1492 Treaty of Grenada* and shall be restored pursuant to *1796 Treaty of Tripoli, ARTICLES III and X.* Where rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT and rettig, charles paul d/b/a CHARLES PAUL RETTIG have been notified of this Statement of Cause by mail, affidavit and or email while the aforesaid parties continue to exercise an unfair advantage at law, whereby the Court of law and colorable enforcement of procedures are instruments of

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 26 of 54*

injustice. If rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT and rettig, charles paul d/b/a CHARLES PAUL RETTIG obtain a judgment or administrates by suppressing or fabricating evidence, or by taking an unconscientious advantage of Your orator, or by any other fraud, the Court on due application, will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such Your Orator really had a meritorious defense, and was guilty of no negligence or other fault in the case.

In the present, the Court is to ensure rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT and rettig, charles paul d/b/a CHARLES PAUL RETTIG stop all actions in administering the vessel, Kenneth Anderson Brown, et al., against grantee/grantor/beneficiary/heir notifications, demands and benefit where the aforementioned have destroyed Moor grantee/beneficiary and Trust's unalienable rights and property by taxation, and stop all actions concerning legal, colorable internal revenue code(s), titled: "irs withholding compliance program," by rettig, charles paul d/b/a CHARLES PAUL RETTIG contacting rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. and kimberly d/b/a KIMBERLY MOORE-WRIGHT releasing and restoring the vessel, Kenneth Anderson Brown et al., from piracy on the high seas: irs withholding compliance program and letters of marque/reprisal by irs withholding compliance program, and ensure no united states tax or georgia state tax are assessed concerning any labor derived monetary disbursement from Truist Bank.

The continued exercise of taxation of Your orator's Moor vessel: Kenneth Anderson Brown labor derived income is a breach of faith and repugnant to aforementioned treaty(ies) and equity rights and unbecoming of aforesaid parties who all were appointed Fiducuary(ies)/ Trustee(s)/ Libelee(s)/Defendant(s) for the vessel: Kenneth Anderson Brown where a Statement of Account was and is demanded including restoration of all monies pirated and besieged returned to Your orator immediately as the destruction has caused and continue to cause in the present irreparable harm. Your orator demands that the Fiducuary(ies)/Trustee(s)/Libelee(s)/Defendant(s) shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of ALL accounts whether Open, Stated or Settled of the said estate as in conscience and equity they ought to have done or be attached and compelled to answer. Your orator demands an order taking his bill for confession, the failure of the Fiducuary(ies)/Trustee(s)/Libelee(s)/

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 27 of 54*

Defendant(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. *Qui tacet, cum loqui detet, consentire videtur* (He who is silent, though he had foreseen them, seems to agree).

### *"Equity does not aid the Volunteer"*

*"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"*

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Fiducuary(ies)/ Trustee(s)/Libelee(s)/Defendant(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute; (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Fiducuary(ies)/Trustee(s)/Libelee(s)/Defendant(s); and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, consul and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have been destroyed in contravention in the past and present by *"People who are bound by oath to be Persons Worthy of Trust"* as following: dowdy, evelyn g. d/b/a EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al.; whitlock, edward s. iii d/b/a EDWARD S. WHITLOCK III, et al., attorney and partner of lafayette, ayers & whitlock, plc, et al.; fischer, jennifer w. d/b/a JENNIFER W.

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 28 of 54*

FISCHER, et al., attorney of lafayette, ayers & whitlock, plc, et al.; and randazzo, mathew d/b/a MATHEW RANDAZZO, et al., principal of accuserve of va, et al., concerning but not limited to richmond-civil general district court case(s) #gv14010893-00 through #gv14010893-06 (pending), et al., where an Order of Garnishment was issued. Aforesaid party(ies) has executed and has an unfair advantage at law, whereby has made the colorable admiralty Court and enforcement of colorable law an instrument of injustice. Aforesaid Fiducuary(ies)/Trustee(s)/Libelee(s)/Defendant(s) has been conspiring and continue to destroy Your orator's special and private rights and property by securing a court order/judgement through at law, colorable quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" and provided no consideration to warrant any claim of alleged debt. All consideration was provided by Your orator by consent of signature to access the monies of vessel: Kenneth Anderson Brown and Proof of Consideration provided at the time aforesaid were appointed Fiducuary(ies)/Trustee(s) for the benefit of Your orator. The continued exercise of garnishment concerning colorable at law Court judgment of Your orator's vessel: Kenneth Anderson Brown labor derived income is a breach of faith and repugnant to aforesaid treaty(ies) and equity rights and unbecoming where a Statement of Account was and is demanded including restoration of all monies pirated and besieged, restored to Your orator immediately as the destruction has caused and continue to cause, in the present, irreparable destruction. Your orator desires that the Defendant(s), who are privately appointed Trustee(s) for the benefit of brown, kenneth anderson, shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate and vessel as in conscience and equity they ought to have done or be attached and compelled to answer and discontinue all piracy of vessel(s). Your orator desires an order taking his bill for confession, the failure of the Defendant(s)/Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. *Qui tacet, cum loqui detet, consentire videtur* (He who is silent, though he had foreseen them, seems to agree).

*"Equity does not aid the Volunteer"*

*"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"*

**Statement of Cause Bank**

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 29 of 54*

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable relief from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the libellant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia colorable admiralty and maritime military legal letters of marque reprisal proceedings.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, subject, consul and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the Estate, and that without complete justice being administered by this court, Your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime treaty protected rights and property.

Your orator is in jeopardy of his special and private rights being destroyed in libel beyond repair in the future because my rights have been destroyed in contravention in the past and present by *"a People who are bound by oath to be Persons Worthy of Trust,"* moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chief executive officer, et al, HEIRS AND ASSIGNEES, **Bank of America, N.A.** ("party"), concerning but not limited to Fulton County Magistrate Court Case #20MS134644, et al., where an Order of Garnishment was issued. Aforesaid party(ies) has an unfair advantage at law, whereby has made colorable admiralty Court and enforcement of colorable law an instrument of injustice. Aforesaid parties destroyed Your Orator's rights by quasi in rem admiralty and maritime Legal mode of letters of Marque/Reprisal Proceedings "**Acts of War**" which are contravention with Your orator's private maritime treaty protection of the 1786 (& 1836) Treaty of Marrakech, ARTICLE XX1; 1795 Treaty of Algiers, ARTICLE XV; 1797 Treaty of Tunis, ARTICLE XVIII; 1824 Treaty of Tunis, ARTICLE XII; and the Treaty of Tripoli 1797 ARTICLE X, as well as the written 1789 constitution for the united states of america, under

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 30 of 54*

the rules of Chancery due and owing to the Clamant by way of his ***special and particular political status***, and equitable maritime rights to the same said Estate that were intended for Your orator as the sole exclusive heir and beneficiary. All consideration was provided by Your orator by consent of signature to access the monies of vessel: Kenneth Anderson Brown and Proof of Consideration provided at the time aforesaid party was appointed Fiduciary(ies)/Trustee(s) for the benefit of Your orator. The past and current exercise of garnishment concerning colorable at law Court judgment of Your orator's vessel: Kenneth Anderson Brown labor derived income is a breach of faith and repugnant to aforementioned treaty(ies) and equity rights and unbecoming of aforesaid party(ies) who were appointed Fiduciary(ies)/Trustee(s) for the vessel: Kenneth Anderson Brown and account(s) et al., where a Statement of Account was and is demanded including restoration of all monies pirated and besieged to be restored to Your orator immediately as the destruction has caused and continue to cause, in the present, irreparable destruction.

Your orator demands that the Defendant(s), who are privately appointed Trustee(s) for the benefit of brown, kenneth anderson, shall answer under oath, make the discovery called upon by the bill, and render over to him a full accounting of all accounts whether Open, Stated or Settled of the said estate and vessel as in conscience and equity they ought to have done or be attached and compelled to answer and discontinue all piracy of vessel(s). Your orator desires an order taking his bill for confession, the failure of the Defendant(s)/Libelee(s) to make any defense being deemed *prima facie* evidence that he has no defense to make, but, on the contrary, admits the material allegations of the bill to be true. ***Qui tacet, cum loqui detet, consentire videtur*** (He who is silent, though he had foreseen them, seems to agree).

### *"Equity does not aid the Volunteer"*

### *"When one of two innocent persons must suffer by the act of a third person, he who put it in the power of the third person to inflict the injury shall bear the loss"*

### Statement of the Cause

The primary subject matter issue of your orator's speciali causa (special cause), as an "implied equitable maritime surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration of my vessels and ships from the burden caused by (i) trespass upon your orators inherent right to equal Justice being rendered in admiralty and maritime by nature jurisdiction towards him concerning any dispute, (ii) exoneration of all liability and

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 31 of 54*

obligations imputed to your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by Defendant(s)/Libelee(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the claimant with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military legal colorable admiralty proceedings through letters of marque/reprisal.

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor and subject, consul and Noble of the *Al Maroc Shereefian Empire*, and that as the sole exclusive heir to the Estate, and that without complete justice being administered in admiralty and maritime by nature by this High court, your orator may be subject to unjust and irreparable harm and destruction in libel of his maritime/mercantile treaty protected rights and property.

Your orator is in jeopardy of his private rights being destroyed in the future in libel because my rights have already been destroyed in libel in the past and present by the following *"People who are bound by oath to be Persons Worthy of Trust"* including: miller, duane r. d/b/a MAJOR GENERAL DUANE R. MILLER, et al., provost marshal general of the army of the united states et al., HEIRS AND ASSIGNEES; blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state of the united states et al., HEIRS AND ASSIGNEES; garland, merrick d/b/a MERRICK GARLAND, et al., attorney general of the united states, HEIRS AND ASSIGNEES; moyares, jason s. d/b/a JASON S. MOYARES, et al., attorney general of virginia, HEIRS AND ASSIGNEES; stein, john d/b/a JOHN STEIN, et al., attorney general of North Carolina, HEIRS AND ASSIGNEES; and carr, chris d/b/a CHRIS CARR, et at., attorney general of Georgia, HEIRS AND ASSIGNEES. They are guilty of breaching faith by taking oaths contrary to Equity admiralty and maritime by nature and a good conscience by continuing to use the colorable Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the colorable admiralty Court of law an instrument of injustice. If the plaintiff obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application,

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 32 of 54*

will enjoin the plaintiff from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided such defendant really had a meritorious defense, and was guilty of no negligence or other fault in the case. *Which is also very unbecoming belligerent and hostile in character act and deed.*

### *"Equity does not aid the Volunteer"*

I brown, kenneth anderson a private people called Moor/americas aboriginal virginian national, an Emperor, an Admiral, a Master Merchant, a Shereef, a Seamen, a Piloter, a Commander, a Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., an Captain Maritime lien holder navigating the high seas onshore and offshore, and subject, consul and Noble of the *Al Maroc Shereefian Empire*. My private rights as a people called Moor has been irreparably destroyed in libel since the moment I was conceived by *unbecoming* hostile enemy belligerent citizens of the united states for the district of columbia in character act and deed by the above named Libelee(s) who are People bound by oath to be Persons worthy of trust by failing miserable to uphold and protect an ipso jure Moor Subject who is a People. They neglected to restrain their co-Trustees and belligerent citizens from appealing arms and confederating against a People called Moor while passing and repass amongst christians and jews expressed with specific intent and purpose by my ancestors in the *1492 Treaty of Grenada and 1795 Treaty of Algiers Article III, V, XV and Treaty of Tripoli 1796-ARTICLE XII and XI.*

### *"Equity imputes an intent to fulfill an obligation"*
### *"Equity sees as done as what ought to be done"*

There has been a clear breach of fiduciary relations, Breach of fiduciary relations, and breach of Trust in admiralty and maritime by nature as I clearly have a Special and Particular Political status not cognizable in colorable admiralty courts at law or in rem because i'm a Moor subject, consul and Noble of an Empire and grantee/heir/beneficiary protected by the *1778 Treaty of the Delawares ARTICLE VI.* which states:

> *"Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians[Moors] in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians [Moors] and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 33 of 54*

*nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve."*

A Trust Arise and I am the beneficiary. This right has been irreparably destroyed in the past, present and future, and I demand promptly restoration of vessels.

*"Equity follows the law"*

*"He who comes into equity must come with clean hands"*

*"He who occasions the loss must bear the burden"*

### Statement of Cause

The primary subject matter issue of Your orator's speciali causa (special cause), as an "implied maritime equitable surety," he makes his original claim against Defendant(s)/Libelee(s) seeking equitable maritime restoration from the burden caused by (i) trespass upon Your orator's inherent right to equal Justice being rendered towards him concerning any dispute, (ii) exoneration of all liability and obligations imputed to Your orator either by way of operation of law, mistake, error or accident, by presumption, under legal compulsion, threat and duress, or fraudulent concealment by defendant(s), and (iii) subrogation of all rights, title and interests of the united states of america, and the united states for the district of columbia (hereafter "creditors") against the Claiamnt with respect to any irrevocable obligation arising from a quasi-trust relationship conducted by said the district of columbia military colorable admiralty legal proceedings. "Once

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 34 of 54*

again this revenue is a united states for the district of columbia port of entry that breached its charters by extending its waters outside the ten (10) miles square in contravention using its fictitious colorable admiralty corporate entities (vessels) called the State of (x; in example State of Georgia) and its agents crewmen on an Enemy ship known as citizens of the united states for the district of columbia is guilty of Treason and felonies on the High Seas in contravention through acts of war committing assaults and beatings on the High Seas by granting Letters of Marque/Reprisal to capture/condemn/pirate the vessels, ships, good, merchandise, commodities, convoys belonging to **"Ipso Jure"** Moor Subjects of the Al Maroc Shereefian Empire without the consent of united states in congress assembled".

Your orator states that due to said exigent circumstances I am without adequate, complete, and certain remedy at law, sufficient to meet all the demands of Justice owed and due to me by virtue of his private status as a people called Moor, an Emperor, an Admiral, a Master Merchant, a Shereef, a Seamen, a Piloter, a Commander, a Captain Maritime lien holder of all vessels, ships, chattels, goods, cargo, crafts, tenements, charters, estates, commodities Land, Air, Water, etc., an Captain Maritime lien holder navigating the high seas onshore and offshore, and subject, consul and Noble of the *Al Maroc Shereefian Empire,* and that as the sole exclusive heir to the aforesaid Estates, and that without complete justice being administered by this Honorable court, Your orator may be subject to unjust and irreparable harm and destruction of his maritime treaty protected rights and property.

Your orator is in jeopardy of his private unalienable rights being destroyed in contravention in the future because my rights have already been destroyed in the past and present in libel by *"People who are bound by oath to be Persons Worthy of Trust" who are Custodian(s)/Fiduciary(ies)/Liablee(s)/Defendant(s) to this suit* as following: blinken, antony john d/b/a ANTONY JOHN BLINKEN, secretary of state of the united states et al.; yellen, janet louise d/b/a JANET LOUISE YELLEN, treasurer of the united states et al.; garland, merrick d/b/a MERRICK GARLAND et al., attorney general of the united states et al.; barnhart, jo anne d/b/a JO ANNE BARNHART et al., commissioner of the social security administration et al.; rettig, charles paul d/b/a CHARLES PAUL RETTIG, commissioner of internal revenue service et al.; miller, duane r. d/b/a MAJOR GENERAL DUANE R. MILLER, et al., provost marshal general of the united states army et al.; dejoy, louis d/b/a LOUIS DEJOY et al., postmaster general of the

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 35 of 54*

united states et al.; biden, joseph robinette jr. d/b/a JOSEPH ROBINETTE BIDEN Jr. et al., president of the united states et al.; labat, patrick d/b/a PATRICK LABAT et al., sheriff of fulton county et al.; moyares, jason s. d/b/a JASON S. MOYARES et al., attorney general of virginia at al.; stein, john d/b/a JOHN STEIN et al., attorney general of north carolina et al.; carr, chris d/b/a CHRIS CARR, et at., attorney general of Georgia; youngkin, glen d/b/a GLEN YOUNGKIN et al., governor of Virginia; kemp, brian d/b/a BRIAN KEMP et al., governor of georgia; cooper, roy d/ba/ ROY COOPER, governor of North Carolina; moynihan, brian thomas d/b/a BRIAN THOMAS MOYNIHAM, chairman and chief executive officer of bank of america, n.a. et al.; dowdy, evelyn g. d/b/a EVELYN G. DOWDY et al., president and chief executive officer of connects federal credit union et al.; mcduffie, mary d/b/a MARY MCDUFFIE et al., chief executive officer of Navy Federal Credit Union et al.; whitlock, edward s. iii d/b/a EDWARD S. WHITLOCK III et al., attorney and partner of lafayette, ayers & whitlock, plc et al.; fischer, jennifer w. d/b/a JENNIFER W. FISCHER et al., attorney of lafayette, ayers & whitlock, plc et al.; randazzo, mathew d/b/a MATHEW RANDAZZO et al., principal of accuserve of va et al.; rogers, william h. jr. d/b/a WILLIAM H. ROGERS Jr. et al., chairman and chief executive officer of truist bank et al.; moore-wright, kimberly d/b/a KIMBERLY MOORE-WRIGHT et al., chief teammate officer and head of enterprise diversity of truist bank et al.; defancis, steven d/b/a STEVEN DEFRANCIS et al., chief executive officer of Cortland Partners LLC et al.; lackey, joel bray d/b/a JOEL BRAY LACKEY et al., chief executive officer of national credit services, inc. et al., and all Heirs and Assignees to all aforesaid Custodian(s)/Fiduciary(ies)/ Liablee(s)/Defendant(s) are guilty of breaching faith by taking oaths contrary to Equity in admiralty and maritime by nature law of nations and a good conscience by continuing to use colorable law, codes and the Courts of law to act or obtain or enforce any judgements contrary to Equity, good conscience and good reason. Where mentioned party(ies) has an unfair advantage at law, whereby he may make the colorable admiralty Court and enforcement of colorable law an instrument of injustice. If the mentioned party(ies) obtains a judgment by suppressing or fabricating evidence, or by taking an unconscientious advantage of the defendant, or by any other fraud, the Court on due application, will enjoin the mentioned party(ies) from enforcing a judgment so obtained, and thus taking advantage of his own wrong, provided Your orator in equity and within admiralty and maritime jurisdiction by nature, law of nations had a meritorious defense, and was guilty of no negligence

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 36 of 54*

or other fault in the case. *Which is also very unbecoming, belligerent and hostile in character act and deed.*

### *"Equity does not aid the Volunteer"*

The Defendant(s)/Libelee(s) whether official(s)/Trustee(s) public or private have breached their duties that I as a people called Moor entrusted these People who are bound by oath to be Persons Worthy of Trust to discharge their duties faithfully while in their office of Trust and are moving unbecoming in character act and deed. They have Confederated against me through assault and beatings on the High Seas, breached maritime treaty relations, breached fiduciary relations and breached trust relations thus my private rights have been irreparably destroyed beyond repair in libel. Their actions are demonstrably erroneous and unbecoming in nature character act and deed. There has been a clear breach of treaty relations, Breach of fiduciary relations, and breach of Trust, Treason assaults and beatings on the High seas as I clearly have a Special and Particular Political status not cognizable in the Colorable admiralty courts at law or in rem because I am a Moor, subject, consul and Noble of an Empire and grantee/heir/beneficiary protected by and pursuant to the *1778 Treaty of the Delawares Article VI* which states:

> "*Whereas the enemies of the United States have endeavored, by every artifice in their power, to possess the Indians (Moors) in general with an opinion, that it is the design of the States aforesaid, to extirpate the Indians (Moors) and take possession of their country to obviate such false suggestion, the United States do engage to guarantee to the aforesaid nation of Delawares, and their heirs, all their territorial rights in the fullest and most ample manner, as it bath been bounded by former treaties, as long as they the said Delaware nation shall abide by, and hold fast the chain of friendship now entered into. And it is further agreed on between the contracting parties should it for the future be found conducive for the mutual interest of both parties to invite any other tribes who have been friends to the interest of the United States, to join the present confederation, and to form a state whereof the Delaware nation shall be the head, and have a representation in Congress: Provided, nothing contained in this article to be considered as conclusive until it meets with the approbation of Congress. And it is also the intent and meaning of this*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 37 of 54*

> *article, that no protection or countenance shall be afforded to any who are at present our enemies, by which they might escape the punishment they deserve. "*

*A **Trust Arise and I am the beneficiary.** This right has been irreparably destroyed in the past, present and foreseeable future by contravention.*

*"Equity follows the law"*

*"He who comes into equity must come with clean hands"*

*"He who occasions the loss must bear the burden"*

### Statement of Cause

I brown, kenneth anderson, a Private People called Moor grantee/grantor/beneficiary, an Emperor, hereby require, demand, order and command the resurrection of the army of the united states to rid the several states of its infestation of pirates onshore and offshore because the danger is so imminent as not to admit of a delay. The united states in congress assembled who formed The committee of states in recess of congress (united states for the district of columbia) as written in the 1781 Articles of Confederation is already in breach of faith because its people who are bound by oath to be persons worthy of trust allowed the committee of states to go to war with a private People called Moors intentionally using DixieCrats aka Democrats, etc. allowing them to adopt corporate equity by characteristic admiralty maritime amendments to intentionally disenfranchise the Moors one by one to citizens of the united states for the district of columbia using tools like reconstruction of history to disenfranchise the Moors by stripping them of the customs and culture of their ancestors. But I, as the Lord of the Land, Air and Water, the Moor subject, consul and Noble of the Al Maroc Shereefian Empire, an Emperor, am offering grace and forgiveness to the United States in congress assembled and its People who are bound by oath to be Persons Worthy of Trust as long as you turn back from your wicked ways and move in a manner not contrary to Equity, good conscience and good reason. Prince George in the 1763 proclamation never gave consent by license for the united states for the district of columbia and its agents to step outside of the ten miles square. So I command batten, roberts, john g. jr. d/b/a JOHN G. ROBERTS Jr. ET AL., chief judge/acting as chancellor/master for the district court of the united states and his associate judges including grimberg, steven d. d/b/a STEVEN D. GRIMBERG, jusdge for the district court of the united states, to take action to restore the confederacy of the united states in

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 38 of 54*

congress assembled and its several states so that the Citizens of the several states may be in peace. As for the subjects of the Al Maroc Shereefian Empire, the moment they claim to be Moors, I demand they be immediately released and set at liberty for the Emperor never gave permission or consent for any subjects/Beneficiaries to be naturalized or members of any one of the United States. Subjects are under the Emperor and in my own right and past Emperor never entertained the idea or Subject Matter known as Naturalization for Moors because there is no such thing as Citizenship in the Dominions of the Al Maroc Shereefian Empire. Remember as the 1786 Treaty of Marrakech states: *"the law of the country shall take place and Equal Justice shall be rendered".*

*YOUR ORATOR ALSO DEMANDS the following named Moor subject(s) be immediately restored and set at liberty. Immediately restore and set the following named Moor Beneficiary's vessels, goods and or chattels at liberty brown, bryan lamar d/b/a BRYAN LAMAR BROWN et al., inmate trust # 75394083 et al. and trust case # 4:14-CR-2 and # 4:17-cr-00045-RAJ-RJK,* et al.; *jamal darius jr d/b/a JAMAL DARIUS PARKER* Jr et al., trust (Case) # 2200132301FH, et al., currently in third circuit court of Michigan; *brown, torrey d/b/a TORREY BROWN et al.,* inmate trust # 291581 et al. currently held at chippewa correctional facility of michigan;; *stepherson; mark anthony d/b/a MARK ANTHONY STEPHERSON et al.,* trust (Case) # 1:21-00507-mhc-jkl currently held at federal detention center miami; and *duval, vincent anthony jr d/b/a VINCENT ANTHONY DUVAL Jr et al.,* relating to trust (Case) # 8:03-cr-00131-SCB-M P in district court of the united states for florida middle district, pursuant but not limited to:

### *SUBSTANTIVE DUE PROCESS OF WAR*

#### *1795 Treaty of Algiers*

*ARTICLE YE 15ᵗʰ*. Any disputes or Suits at Law that may take Place between the subjects of the Regency and the Citizens of the United States of North America Shall be decided by the Dey in person and no other, any disputes that may arise between the Citizens of the United States, Shall be decided by the Consul as they are in Such Cases not Subject to the Laws of this Regency; *(a Trust arises)*

*ARTICLE YE 19ᵗʰ*. Should the Cruisers of Algiers capture any Vessel having Citizens of the United States of North America on board they

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 39 of 54*

having papers to Prove they are Really so they and their property Shall be immediately discharged and Shou'd the Vessels of the United States capture any Vessels of Nations at War with them having Subjects of this Regency on board they shall be treated in like Manner; *(a Trust arises)*

*Treaty of Peace and Friendship, Signed at Tripoli November 4, 1796*
*ARTICLE 3.* If any citizens, subjects or effects belonging to either party shall be found on board a prize vessel taken from an enemy by the other party, such citizens or subjects shall be set at liberty, and the effects restored to the owners; *(a Trust arises)*

*ARTICLE 12.* In case of any dispute arising from a notation of any of the articles of this treaty no appeal shall be made to arms, nor shall war be declared on any pretext whatever. But if the (consul residing at the place where the dispute shall happen shall not be able to settle the same, an amicable referrence shall be made to the mutual friend of the parties, the Dey of Algiers, the parties hereby engaging to abide by his decision. And he by virtue of his signature to this treaty engages for himself and successors to declare the justice of the case according to the true interpretation of the treaty, and to use all the means in his power to enforce the observance of the same; *(a Trust arises)*

### *1786 Treaty of Marrakech*

*ARTICLE 6.* If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner, if any Moor not a Subject of these Dominions shall make Prize of any of the Citizens of America or their Effects and bring them into any of the Ports of His Majesty, they shall be immediately released, as they will then be considered as under His Majesty's Protection; *(a Trust arises)*

*ARTICLE 7.* If any Vessel of either Party shall put into a Port of the other and have occasion for Provisions or other Supplies, they shall be furnished without any interruption or molestation; *(a Trust arises)*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 40 of 54*

*ARTICLE 8.* If any Vessel of the United States shall meet with a Disaster at Sea and put into one of our Ports to repair, she shall be at Liberty to land and reload her cargo, without paying any Duty whatever; *(a Trust arises)*

*"Whenever a right grows out of or is protected by treaty, it is sanctioned against all the laws and judicial decisions of the states; and whoever may have this right is protected. But if the person's title is not affected by the treaty, if he claims nothing under the treaty his title can not be protected by the treaty;"* ***(a Trust arises)***

*"The obligation of a treaty, the supreme law of the land, must be admitted. The execution of the contract between the two nations is to be demanded from the executive of each nation; but where a treaty affects the rights of parties litigating in court, the treaty as much binds those rights, and is as much regarded by the Supreme Court as an act of congress. Nor do treaties, in general, become extinguished, ipso facto, by war between two governments. Those stipulating for a permanent arrangement of territorial and other national rights, are, at most, suspended during the war, and revive at the peace, unless they are waived by the parties, or new and repugnant stipulations are made. This being a fact and question in law which was evidently overlooked, and which manifestly makes the denial order erroneous;"* ***(a Trust arises)***

*"Where a treaty is the law of the land, and as such affects the rights of parties litigating in court, that treaty as much binds those rights, and is as much to be regarded by the court, as an act of Congress. To Condemn a vessel, therefore, the restoration be an executive act, would be a direct infraction of that law, consequence, improper;"* ***(a Trust arises)***

*"The stipulations in a treaty between the United States and a foreign power, are paramount to the provisions of the constitution of a particular state, or the Confederacy;"* ***(a Trust arises)*** *and*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 41 of 54*

*"The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind." (Henry R. Gibson)*

In Conclusion for the breach of faith, breach of treaty relations and fiduciary duties in contravention is libel and slander and Treason against Ipso Moor subjects, consuls and Nobles of the Al Maroc Shereefian Empire. I hereby Order and Demand A Maritime lien on all Constitutions including the 1789 constitution of the united states the, 1871 organic act, and the Code of District of Columbia, etc. As Emperor, Nowhere in the constitution does it state that the Constitution Trust Manifesto was perpetual, and it is very clear that there was a scandalous intent and purpose to extirpate the Moors and breach the Supreme laws of Nations that came before the adoption of the constitution and laws of the united states by waging or declaring war against the Moor subjects of an Empire *"He who occasions the loss must bear the burden."* I declare all the People bound by oath to be Persons Worthy of Trust in Offices of the united states for the district of columbia, the united states of america in congress assembled and its 1789 constitution of united states is **Void** *Ab Initio and I Command Trustees not in breach to return back to the original united states of america style of confederacy and several states under 1774 articles of association, 1776 Declaration of Independence, and 1781 articles of confederation.*

*"Equity imputes an intent to fulfill an obligation"*

*"Equity see what is done as ought to be done."*

*"Every State shall abide by the determination of the United States in Congress assembled, on all questions which by this confederation are submitted to them. And the Articles of this Confederation shall be inviolably observed by every State, and the Union shall be perpetual; nor shall any alteration at any time hereafter be made in any of them; unless such alteration be agreed to in a Congress of the United States, and be afterwards confirmed by the legislatures of every State."*

## Statement of the Cause

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 42 of 54*

The primary subject matter issue of the libellant 's speciali causa (special cause) is for full restoration against the destruction of rights in contravention born of from trespasses upon the stipulations of maritime treaties including, but not limited to:

1. Detaining, molesting, interrupting his ability to pass and repass or otherwise impeding *Libellant's* free ingress and regress to and from.

2. Blocking, clogging, or prohibiting his private enjoyment, use, possession, and benefit of his lands, tenements, goods and chattels, reputation, labor and senses.

3. Collecting any kind of rent tribute or tax from them and otherwise exercise his functions of rule over them.

4. Libel and Slander in attempts to destroy *Libellant's* reputation, right to goods and chattels, credits, liberties, and his labor, or call upon *Libellant's* for indemnity or satisfaction, on behalf of another, "**under legal compulsion**."

5. Subject *Libellant's "under legal compulsion"* to any statutes, codes, ordinances, provisions, prohibitions, and penalties, have been heavily prejudiced by the presumption that the *Libellant* was a citizen of the united states for the district of columbia, or Citizen of the united states of america in congress assembled," and subject to their laws.

6. Treating *Libellant* as a belligerent and national of a designated enemy country.

7. Subjecting *Libellant* to any future inconvenience, probable or even possible to happen by the neglect, inadvertence or culpability of another, by guarding *Libellant* against possible or prospective injuries/destruction, and to preserve the means by which *Libellant's* existing maritime rights may be protected from future or contingent violations and breach.

8. Endangering *Libellant* implied equitable maritime surety from being injured by the creditor's delay in bringing suit, against the principal debtor.

9. The *Libellant* certificate of title of "***Special Deposit***" has been issued to the trustees and been delivered.

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 43 of 54*

10. I have been besieged. There is a breach of reliance as my special deposit has been taken and never has it been applied to the accounting. I have been wronged.

### *"Equity delights in Equality"*

Your orator requires this court to issue a ***Writ of QUIA TIMET*** (injunction) in the foregoing bill to inhibit and restrain the said *defendant(s)/libelee(s)* their heirs, assigns, and agents from continuing said act or acts complained of which are contrary to treaties, the Constitution, the laws of the State, or in violation of their charters. This *Writ of Quia Timet* is required for with good conscience and good reason; it is required that said injunction be made perpetual on the grounds that said acts are contrary to Equity, good conscience, good reason, and are repugnant to the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters. Your orator requires that said *Defendant(s)/Libelee(s),* their heirs, assigns, and agents are so ordered to absolutely desist and refrain from the commission of said trespasses therefrom.

Your orator requires that if it be necessary to attach an equitable maritime lien to the company charters, bonds, sureties, and collaterals, of any of the *Defendant(s),* their heirs, assigns, and agents, to secure the payment of the money due Claimant, for fraudulent concealment, any attempt to convert or appropriate said property to *Defendant(s)* own use, dispose of, destroy, or clog the ability to return the collateral to the brown, kenneth anderson for any breach of faith in contravention, be levied.

Your orator requires the court to issue a ***Writ of QUIA TIMET*** (injunction) as aforesaid to include Your orator and Your orator's ipso jure Moor beneficiaries as following: brown, wanda michele d/b/a WANDA MICHELE BROWN; brown, debra charlene d/b/a DEBRA CHARLENE BROWN WOODARD, et al.; brown, raymond dayrell d/b/a RAYMOND DAYRELL BROWN; brown, xyaire lamar d/b/a XYAIRE LAMAR BROWN; percell, tiarra d/b/a TIARRA PERCELL, et al.; brown, enarie d/b/a ENARIE BROWN, et al.; davis, elijah d/b/a ELIJAH DAVIS, et al.; ballard, jacob d/b/a JACOB BALLARD, et al.; brown, bryan lamar d/b/a BRYAN LAMAR BROWN; brown, shymel bryan d/b/a SHYMEL BRYAN BROWN; brown, dijazian dayrell d/b/a DIJAZIAN DAYRELL BROWN; brown, yirianis yaleyni d/b/a YIRIANIS YALEYNI BROWN, et al.; brown, ashley michele d/b/a ASHLEY MICHELE BROWN; custis, shamar nyrell d/b/a SHAMAR NYRELL CUSTIS; duck, damari akill d/b/a DAMARI AKILL DUCK; duck, amara

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 44 of 54*

michele d/b/a AMARA MICHELE DUCK; brown, adrien lutrell d/b/a ADRIEN LUTRELL BROWN; brown, robert jerome d/b/a ROBERT JEROME BROWN; solomon, tamiko jones d/b/a TAMIKO SOLOMON JONES, et al.; jones, t'nai airin rose' d/b/a T'NAI AIRIN ROSE' JONES; solomon, t'mia alexus d/b/A T'MIA ALEXUS SOLOMON; solomon, tiana kaireen d/b/a TIANA KAIREEN SOLOMON; brown, debra charlene d/b/a DEBRA CHARLENE BROWN WOODARD, et al.; woodard, tia luve d/b/a TIA LUVE YOUNGER, et al.; younger, james melvin i d/b/a JAMES MELVIN YOUNGER I, et al.; younger, james melvin ii d/b/a JAMES MELVIN YOUNGER II, et al.; younger, solomon lambeth d/b/a SOLOMON LAMBETH YOUNGER; younger, kira noelani charlene d/b/a KIRA NOELANI CHARLEBE YOUNGER; horsley, rochanne samantha d/b/a ROCHANNE SAMANTHA DOUGLAS, et al.; woodland, kashae armani d/b/a KASHAE ARMANI WOODLAND; woodland, kali alyssa d/b/a KALI ALYSSA WOODLAND; woodland, kevell antonio d/b/a KEVELL ANTONIO WOODLAND; scott, shohn d/b/a SHOHN SCOTT et al.; harrison, mildred d/b/a MILDRED HARRISON, et al.; wilson, claritha   d/b/a CLARITHA GRAHAM, et al.; graham, robert earl d/b/a ROBERT EARL GRAHAM; graham, todd elroy d/b/a TODD ELROY GRAHAM; graham, jamal dekel d/b/a JAMAL DEKEL GRAHAM; graham, latoya d/b/a LATOYA GRAHAM, et al.; graham, michael timothy d/b/a MICHAEL TIMOTHY GRAHAM; graham, michael timothy jr. d/b/a MICHAEL TIMOTHY GRAHAM Jr.; clanton, stanford eugene d/b/a STANFORD EUGENE CLANTON; thomas, estella d/b/a ESTELLA THOMAS CLANTON, et al.; clanton, stanford charles d/b/a STANFORD CHARLES CLANTON; clanton, k'den stanford d/b/a K'DEN STANFORD CLANTON; clanton, benjamin lamont d/b/a BENJAMIN LAMONT CLANTON; clanton, Jason randall d/b/a JASON RANDALL CLANTON; berry, regina marchelle d/b/a REGINA MARCHELLE LEE, et al.; lee, chistoper allon d/b/a CHRISTOPHER ALLON LEE; horton, aisha marie d/b/a AISHA MARIE LEE, et al.; baron, james d/b/a JAMES BARON; geiger, kenneth michael d/b/a KENNETH MICHAEL GEIGER.

> *"Every homestead is sacred, especially when it belonged to our ancestors, and has been long in our possession. We were made ' of its dust; our fathers and mothers sleep in its bosom; and we expect to repose by their side. Our dearest memories cluster about it; it was our father's kingdom, and the home of our youth where we were princes. To sell it away from us is like a sacrilege, and to turn us out of possession is like*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 45 of 54*

*driving us out of our Eden and forcing us forever from our holy land. And all this is true, whether the home be a cabin on a mountain side, a cottage in a valley, or a palatial mansion in the midst of a princely estate; for home is home, and there is no place on earth so dear to the human heart, be that home humble, or be it grand; for, after all, it is our home. Fortunately for the unfortunate, the homestead laws, like the Cherubim of Eden, protect the home in very many cases;" and "The acquisition of the property or taking other advantage of a person by the betrayal of his confidence. Such an act is a sort of treason against good faith and shocks the conscience of all mankind." (Henry R. Gibson, Chancellor)* **Maxim: "A Judge ought always to have Equity before his eyes"**

### Notice of the Conflict and Variance of law

The remedies sought are of a purely equitable maritime by nature, and the libellant elects to apply for equitable maritime remedy and full restoration and notices that it is an established principle that when there is a conflict between the rules of admiralty/maritime and the rules of equity, over the same subject matter, the rules of equity shall prevail. Further, the claimant states that no adequate, sufficient, or speedy remedy colorable admiralty at law can provide complete justice. Your orator therefore attaches a "Table of Authorities" that are based upon well-established inherent principles and equity in the admiralty and maritime jurisprudence by nature. The maxims in support of Your orator's special causes attached herewith by reference and attached hereto in Annex. Further the libellant does notice that this cause is in accordance with the soul, intent and purpose of the rules of the supreme court of the united states "former rules" number 48, and that Respondents are believed to be governed exclusively in accordance with the intent of Rule 47 of same. ***"Stand by what has been decided, and do not disturb what is settled."***

### Demand for Special Restoration

Wherefore the foregoing, Your orator therefore requires that this court issue a decree for Libellant's special request for Declaratory Relief of the rights, duties, powers, privileges and immunities between the parties which is operative and binding upon all the parties to the suit, whether they be natural or artificial persons, and whether under disability or not and pursuant to:

1. Decree brown, kenneth anderson, Moor beneficiary, as sole exclusive heir
   to the same subject matter the Name and Estate of "KENNETH

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 46 of 54*

ANDERSON BROWN," "KB RA-EL" establishing my equitable maritime rights, powers and relation to said estate; to the private enjoyment, use, possession, and benefit of all property attachments including, but not limited to, all rents, credits emitted, monies borrowed, assets, lands, acquisitions, proceeds, profits, houses, goods and chattels, rights and credits, his person, his wife (to be) and offspring(s) (to be), his right to work and trade, to sell and acquire property, to engage in lawful business without restriction, to pass and repass among the Christians and Jews, being perfectly secure in his person and property, and his and their reputation, health and capacity to labor;

2. Decree the libellant be restored all assets including, but not limited to, credits emitted, monies borrowed, rents, assets, lands, proceeds, titles, interests, issues, derivatives, derivations, equitable lien attachments and collaterals, be accounted for, and other rights he sues for, or right, title or interest that he is entitled to claim.

3. Decree acknowledgement of brown, kenneth anderson, is "in fact" a private people called Moor, americas aboriginal virginian national, and subject, consul and Noble of the Al Maroc Shereefian Empire, "but not a citizen of the united states for the district of columbia, nor a Citizen of the united states of america in congress assembled;" and that he shall be treated as friendly, amicus curiae, respected, esteemed and as that of the **most favored Nation**; and that due process and **equal Justice shall be rendered in the exclusive admiralty and maritime jurisdiction by nature** towards him in all disputes;

4. Decree protection of all rights to subrogation of the equitable surety involving the subject matter obligation/debts;

5. Decree exoneration from all liability as secondarily liable to the Estate; and shall **"not"** be called upon for indemnity or satisfaction on behalf of another;

6. Decree a special evidentiary hearing with the special clerk and master to present private  proprietary confidential evidence in support;

7. Decree to seal said Suit to exclude the public and press to protect the nature of the rights and protections between the Parties during the proceedings;

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 47 of 54*

8. Decree any other Special Relief, with particularity, and that "**Your orator may have such further and other relief in the premises as the nature of his case shall require and as to your judgeship shall deem just**." Your orator requires you to issue a decree declaring Libellant: brown, kenneth anderson, a special and private people called Moor to be the Heir and Sole Beneficiary of Further, if said estate(s) is insolvent, then I shall endeavor to make it solvent as a contributing heir subrogee; if there are any encumbrances or collateral relations impeding the administration or execution of said estate I shall also consider to exercise the right to redeem said collateral in declaring a deed absolute to be an equitable maritime mortgage in my favor, in order to extinguish all encumbrances and merge and extinguish any of the corresponding debts or mortgages, as the situation may require.

9. Your orator requires Your Honor issue a decree *pro confesso* for all Libellee(s), and that the matters of account in controversy be and are referred to the Clerk and Master to take and state an account between the libellant and libellee(s) concerning all transactions relating to or growing out of the same. The Master shall compel the production of all such books, papers, documents and other writings as may be in the possession or power of the parties, or either of them, he shall think proper to be produced before him in taking such account. The Master shall require each party to produce and file with the Master said account as to show the balance which either party may owe the libellant, and he will report hereon to the next term of the Court, until which time all other matters are reserved. The Master shall have liberty to state any special circumstances.

10. Decree Injunctive relief to prevent a party, plaintiff(s) from using the colorable admiralty Courts of law to obtain or enforce judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice.

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 48 of 54*

11. Decree Injunctive relief be granted to perpetually inhibit Defendant(s) from the assertion of any assumed right, and perpetually restrain Defendant(s) from the commission of an act which would be contrary to Equity, good conscience, and good reason, the treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters.

12. Decree that Your orator be a private people called Moor grantee/grantor/beneficiary for and on behalf of brown, kenneth anderson, Moor beneficiary of the registered organization trust vessel name KENNETH ANDERSON BROWN estate et al., and that the body, the name, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as Your orator was deprived thereof, with lawful interest, due to to brown, kenneth anderson, beneficiary, be restored to Your orator.

13. Decree that Your orator be a private people called Moor grantee/grantor/beneficiary and heir for and on behalf of deceased mother and Mooress: harrison, joyce yvonne beneficiary of the registered organization trust vessel name JOYCE YVONNE HARRISON estate, et al.; deceased father and Moor: brown, joseph anderson beneficiary of the registered organization trust vessel name JOSEPH ANDERSON BROWN estate, et al.; deceased brother and Moor: brown, kevin lamar beneficiary of the registered organization trust vessel name KEVIN LAMAR BROWN estate, et al., and that the bodies, the names, the sum of all their attachments, all rents, credits emitted, monies borrowed, lands, assets, acquisitions, proceeds, and profits of the estate during such time as Your orator was deprived thereof, with lawful interest, due to harrison, joyce yvonne, brown, joseph anderson and brown, kevin lamar who are all beneficiaries, be restored to Your orator as sole heir;

14. Decree anyone acting as a People who is bound by oath to be Persons worthy of Trust and or Persons worthy of Trust shall render upon request by the Libellant, the specific performance, to produce an annual a full accounting and non-commingled, of all real, personal, and equitable maritime assets and

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 49 of 54*

debts due to Libellant's estate(s) and Libellant's inherited estate(s) as heir during such time as he was deprived; and that a fiduciary be appointed for each life estate in those assets; the Trustee(s) of the private trust established settle and close this matter; and release any and all collateral, and return all remaining trust res, by reconversion of said "Trust Account(s)" interest, in USD species, to Libellant brown, kenneth anderson Moor heir/beneficiary; extinguish all state, local, tax, obligation, reprisal, remuneration, indemnification, or debts, if any; exhibit and account for the funds or other property in which the Libellant has an interest, and to pay over whatever may be due or belong to him, or the balance due Libellant on a fair accounting to be held by you on Special Deposit;

15. Decree the Libellant brown, kenneth anderson, a private people called Moor heir/beneficiary and shall have the right to claim, as grantee absolute, 999,999 acres of land, of his own choosing, including but not limited to water rights, surface and subsurface rights and air rights to lands, held in trust by the Department of the Interior for Moor aborigine beneficiary(ies) and descendant(s), shall be set aside and recorded in the name of the KB RA-EL EXPRESS TRUST for the private enjoyment, use, possession, and benefit, at that time and forever for the named brown, kenneth anderson, his *heirs and beneficiaries.* Said claim of lands, any interest in lands, water rights, or surface and subsurface rights and air rights to lands, including this trust or otherwise restricted allotments and rights, SHALL NOT BE TAXED and is subject to NO other trust, existing building and use restrictions, easements and zoning ordinances of record, governing body or political subdivision, whether federal, State or local, if any, outside the exclusive equitable admiralty and maritime jurisdiction by nature laws of nations, WHATSOEVER;

16. Decree any cloud be removed from any real, personal, equitable maritime assets, or named estate(s) or the title be divested and vested concerning equitable maritime claim made by Libellant; and a permanent equitable maritime estoppel be granted against any and all non-bona fide parties.

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 50 of 54*

17. Decree perpetual Injunctive relief shall issue against all classes of defendant(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states;

18. Decree perpetual Injunctive relief shall issue against all classes of Libelee(s), including but not limited, all executive, legislative, or judicial officers, and fiduciaries, whether implied or expressed, both of the united states of america and of the several states who are subject to their treaties and constitutions, shall acknowledge the Libellant special and particular political status"; and the Libellant shall "not" be treated as a national/ally/neutral of a designated enemy country, or made subject to the Trading with the Enemy Act of 1933, nor the Emergency War Power Act or any other act that is repugnant to the maritime treaties; and that Libellant shall be excepted from any act, law, statute, ordinance, regulation, or prohibition that is in any way repugnant to the maritime/mercantile treaties between the *Citizens of the United States of North America* and the *subjects of the Al Maroc Shereefian Empire*;

19. Decree Injunctive relief to prevent a party(ies)/plaintiff(s) from using the Courts of law to obtain or enforce any judgements contrary to Equity admiralty and maritime by nature, good conscience and good reason. Where, in any said plaintiff has an unfair advantage at law, whereby he may make the Court of law an instrument of injustice;

20. Decree Injunctive relief be granted to perpetually inhibiting Libelee(s) from the assertion of any presumed right, and perpetually restrain Libelee(s) from the commission of an act which would be contrary to Equity admiralty and maritime by nature good conscience, and good reason, the maritime treaties, constitution, laws of the united states of america in congress assembled or in violation of their charters;

21. Decree Injunctive relief to be granted on behalf of an "implied equitable maritime surety," to enjoin any suit at law by creditor(s) whenever the creditor delays to sue after notice or demand;

*Bill of Lading in Original Equal Justice*         *Page 51 of 54*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

22. Decree    Injunctive    relief    be    granted    to    perpetually    inhibit Defendant(s)/Libellant(s) or anyone acting as a People who is bound by oath to be Persons worthy of Trust and or Person worthy of Trust, from the asserting of any form of unlawful detainment, molestation, forced medical treatment, vaccinations, or forced use of protective apparel or any differentiating mark or sign to be placed upon Your orator or anyone of his heirs/beneficiaries, without their expressed written consent, they all shall be exempt from being visited or quarantined, under any pretense whatever, by anyone acting as a Person worthy of Trust. Any Defendant(s), their heirs and assigns, in violation of said injunction shall have an equitable maritime lien attached to their bonds, sureties, and collaterals, for their breach of faith, if any equitable admiralty grounds for attachment exist, state it;

23. Decree the following named Moor subjects be immediately restored and set at liberty. Immediately restore, release and set at liberty the following named Moor beneficiary vessels goods and chattels at liberty brown, bryan lamar d/b/a BRYAN LAMAR BROWN et al., inmate trust # 75394083 et al. and trust case # 4:14-CR-2, et al. and 4:17-cr-00045-RAJ-RJK, et al.; brown, torrey d/b/a TORREY BROWN inmate trust # 291581 et al. currently held at chippewa correctional facility of michigan; jamal darius jr d/b/a JAMAL DARIUS PARKER Jr. trust (Case) # 2200132301FH, et al., currently in third circuit court of Michigan, stepherson; mark anthony d/b/a MARK ANTHONY STEPHERSON trust (Case) # 1:21-00507-mhc-jkl currently held at federal detention center miami; and duval, vincent anthony jr d/b/a VINCENT ANTHONY DUVAL JR   relating to trust (Case) # 8:03-cr-00131-SCB-M P in district court of the united states for florida middle district.

24. Decree all other matters are reserved, and either party is to be at liberty to apply to the Court as occasion may require; and that the Libellant have such other relief as he demand, and may be entitled to, and that the proper final process shall issue; that this relief has been granted on proper grounds and in keeping with good reason and good conscience.

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 52 of 54*

All People who are bound by oath to be Persons worthy of Trust, including but not limited to all legislative, executive and judicial officers both of the United States and of the several states bound by oath or affirmation to support all treaties made, the constitutions and the laws of the United States, shall be indemnified by fulfilling their fiduciary duties.

### *I Love You All*

*"If any Moor shall bring Citizens of the United States or their Effects to His Majesty, the Citizens shall immediately be set at Liberty and the Effects restored, and in like Manner..." pursuant to 1786 (& 1836), Treaty of Marrakech ARTICLE VI.*

*"Equity regards the beneficiary as the true owner"*

*"Equity will not allow a trust to fail for want of a Trustee"*

Performed by my hand and seal with *manifest special intent and purpose,* freewill act and Deed:

*I DECLARE,* under penalty of perjury under the land, air and waters of the Al Maroc Shereefian Empire that the foregoing is true and correct. Executed: *August / 7* , 2022.

By: *brown, kenneth anderson*
**brown, kenneth anderson** *grantee/grantor/beneficiary/heir*
a special and private Moor americas aboriginal virginian national, *"but not citizen of the united states for the district of columbia, nor citizen of the united states of america in congress assembled"* and subject, consul and Noble of the Al Maroc Shereefian Empire
*SPECIAL DEPOSIT, PRIVATE, PRIORITY*

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 53 of 54*

**WITNESSES**

CLINTON, STANFORD
Print/Witness

Signature/Witness

Lee, Christopher
Print/Witness

Signature/Witness

---

**PROOF OF SERVICE**

I Declare that the forgoing instrument was served herein on _____August 17_____, 2022.

The parties were served via:

___ U.S.Mail ___ Facsimile ✓ Hand Delivery ___ UPS

___ Federal Express ___ Other ___ E-File ___ Email

By: _brown, kemet ankes_ Moor beneficiary

*Bill of Lading in Original Equal Justice*
*Being Rendered in Admiralty and Maritime*
*Jurisdiction by Nature, Law of Nations*

*Page 54 of 54*